JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, | Case No. CV 14-2770-DMG (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBORAH JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated:  March 28, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE